# IN THE COURT OF APPEALS OF THE STATE OF WASHINGTON

FILED
COURT OF APPEALS DIV 1
STATE OF WASHINGTON
2018 SEP 17 AM 10:51

| | |
|---|---|
| GILDARDO CRISOSTOMO VARGAS, an incapacitated person, by and through WILLIAM DUSSAULT, his Litigation Guardian ad Litem; LUCINA FLORES, an individual; and LUCINA FLORES as Guardian ad Litem for PATRICIA CRISOSTOMO FLORES, And ROSARIO CRISOSTOMO FLORES, minor children, <br><br> Petitioners, <br><br> v. <br><br> INLAND WASHINGTON, LLC, a Washington limited liability company, <br><br> Respondent, <br><br> INLAND GROUP P.S., LLC, a Washington limited liability company; RALPH'S CONCRETE PUMPING, INC., a Washington corporation; and MILES SAND & GRAVEL COMPANY d/b/a CONCRETE NOR'WEST, a Washington corporation, <br><br> Defendants. | DIVISION ONE <br><br> No. 76717-8-I <br><br> UNPUBLISHED OPINION <br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br> FILED: September 17, 2018 |

DWYER, J. – In light of the Supreme Court's decision in Afoa v. Port of Seattle, 191 Wn.2d 110, 421 P.3d 903 (2018), which reversed this court's decision in Afoa v. Port of Seattle, 198 Wn. App. 206, 393 P.3d 802 (2017), the standards for discretionary

review set forth in RAP 2.3(b)(4) are not met. Accordingly, we deem review improvidently granted.

This matter is remanded to the superior court for further proceedings, as if review had never been granted by this court in the first instance.

Dismissed.

We concur: